75,992-01

8-9-2015

Texas Court of Criminal Appeals
P.O Box 12308 Capital Station
Austin TX 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 14 2015
Abel Acosta, Clerk

RE: Copy of Opinion on Writ 11.07

Dear Clerk,

My Name is Luis Alberto Jaramillo I Am Presently Confined in TDCJ - I was recently transfered From County Jail to prison. Upon Transfer I lost certain legal work including Copy of my opinion Could you please provide me With another Copy?

Ex Parte JARAMillo
No. WR - 75,992-01
Date June 26, 2013
Trial # 57-842-D
320th District Court Potter County TX

Thank You In Advance for Assisting in this matter

Respectfully,
Luis Jaramillo
#2003081